# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00547-CV

**City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, Appellants**

**v.**

**Kristopher Kibodeaux and Jamie Kibodeaux, Appellees**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1746-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

We abated this appeal on August 18, 2025, while the parties engaged in settlement negotiations. By order dated October 17, 2025, pursuant to the parties' agreement, we extended the abatement for three months. Counsel for appellants and counsel for appellees have filed a status report stating that their settlement negotiations are ongoing and a joint motion to extend the abatement period for an additional three months.

We grant the parties' joint motion and extend the abatement of this appeal until April 20, 2026. By April 20, 2026, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on January 16, 2026.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed:   January 16, 2026